**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| JESUS VERDE HERNANDEZ, et al., individually and on behalf of others similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>*Defendants*. | **CV-26-301-GF-BMM**<br><br>**ORDER** |

On September 29, 2026, Plaintiffs Jesus Verde Hernandez, Lizet Holguin Vega, Jose Alfredo Martinez Alaniz, and Fredy Arnulfo Diaz Coreas moved for a temporary restraining order, preliminary injunction, and 5 U.S.C § 706 stay prohibiting Defendants and Defendants' agents from performing unlawful warrantless immigration arrests in violation of 8 U.S.C. § 1357. (Doc. 5.)

The parties conferred and propose a briefing schedule for the TRO, with Defendants' Response due on October 7, 2026, and Plaintiffs' Reply due October 13, 2026.

For good cause appearing it is **ORDERED**:

1. Defendants' Response is due on October 7, 2026.

2. Plaintiff's Reply is due on October 13, 2026.

**DATED** this 1st day of October, 2026.

Brian Morris, Chief District Judge
United States District Court